UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **GEORGE MICHELIS**

Case No.: **12-28266**
Chapter: **7**
Judge: **KC F**

## NOTICE OF PROPOSED PRIVATE SALE

**Peggy E. Stalford**, **Chapter 7 Trustee**, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court<br>United States Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable **Katherine C. Ferguson** on **August 21, 2018** at **10:00** a.m. at the United States Bankruptcy Court, courtroom no. **2**, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | $50,000.00 balance of existing Judgment entered in the New York State Supreme Court, Tomkins County, Index No. 2011-0217; RJI No. 2011-0333-M and settled in USBJ on 4/7/15 in amount of $80,000.00. |
|---|---|
| Proposed Purchaser: | SM Financial Services Corporation; 49 Old Turnpike Road, PO Box 530, Oldwick, New Jersey 08858 |
| Sale price: | $2,500.00 |

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Mitchell Malzberg, Esquire

Address: PO Box 5122, Clinton, New Jersey 08809

Telephone No.: 908-323-2958

*rev.8/1/15*